IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TALON NORCO, ETC., ET AL., )
    Plaintiffs )
     )
v. ) Civil Action No. 11-1453
     )
ALLSTATE INSURANCE COMPANY, )
ET AL., )
    Defendants. )

ORDER

Before the Court is a document, entitled "Objections to Magistrate Judge's Order Denying Plaintiffs' Petition for Leave to Amend Their Complaint" [document #31], which the Court will construe as an appeal of the non-dispositive order entered by Chief Magistrate Judge Lisa Pupo Lenihan on October 26, 2012 [document #30]. Upon a review of the matters raised by the appeal, plaintiffs' brief in support and defendants' response thereto, the Court concludes that the order appealed from is neither clearly erroneous nor contrary to law. Fed.R.Civ.P. 72.

Therefore, this 22 day of January, 2013, IT IS HEREBY ORDERED that the plaintiffs' appeal is DENIED, the order of October 26, 2012 is AFFIRMED, and the instant case is referred back to the Chief Magistrate Judge for further proceedings.

BY THE COURT:

_____, C.J.

cc: The Honorable Lisa Pupo Lenihan,
    Chief United States Magistrate Judge

    All Counsel of Record